FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 9, 2015

James B. Johnston
EASTERWOOD BOYD & SIMMONS, P.C.
P.O. Box 273
Hereford, TX 79045
* DELIVERED VIA E-MAIL *

Meredith Bridges
Assistant District Attorney
225 Broadway, Suite 1
Plainview, TX 79072
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-14-00091-CR, 07-14-00092-CR
Trial Court Case Numbers: A17432-0711, A17444-0711

**Style:** Shammann Smith v. The State of Texas

Dear Counsel:

The Court has issued mandate in the captioned causes.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Robert W. Kinkaid, Jr. (DELIVERED VIA E-MAIL)
Carla Cannon (DELIVERED VIA E-MAIL)